## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JASON CLARK, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CIV-23-1147-SLP |
| ) | |
| JAMES STOCKTON, et al., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Before the Court is the Report and Recommendation [Doc. No. 86] of United States Magistrate Judge Suzanne Mitchell. Pursuant to 28 U.S.C. § 636(e), the Magistrate Judge has certified to the undersigned facts material to the issue of contempt as to attorney James R. Conrady (Mr. Conrady) for his failure to appear on May 28, 2025 at a hearing on assets and his failure to appear on June 3, 2025 at a show cause hearing. The Magistrate Judge recommends that this Court conduct an evidentiary hearing regarding the request of Defendants to find Mr. Conrady in contempt and enter a sanction of attorney's fees against Mr. Conrady.

The Magistrate Judge notified Mr. Conrady of his right to object to the Report and Recommendation on or before June 24, 2025. Mr. Conrady has failed to timely do so. Accordingly, the Court ADOPTS the Report and Recommendation in its entirety and sets this matter for an evidentiary hearing on July 10, 2025 at 10:00 a.m. in Courtroom 304, United States District Court for the Western District of Oklahoma, 200 N.W. 4th Street, Oklahoma City, Oklahoma. At the evidentiary hearing, the Court will address the issue of

contempt and the appropriate sanctions, if any.  As to the latter, seven days prior to the hearing, or by July 3, 2025, Defendants shall file with the Court their billing records, supported by affidavit, as to any attorney's fees requested. Three days prior to the hearing, or by July 7, 2025, Mr. Conrady shall file any objections or evidence in opposition.[1]

Mr. Conrady is advised that regardless of his membership status before this Court, he is not excused from appearing at the hearing or responding to Orders of the Court.

IT IS SO ORDERED this 26th day of June, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

---

[1] The fact that the Court is requesting such evidence should not be construed as indicative of whether the Court will impose sanctions.  The Court reserves its ruling as to the sanctions, if any, to be imposed.